# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:08-cr-00171-GMN-VCF |
| vs. | MINUTE ORDER |
| BENJAMIN LABEE, | |
| Defendant. | |

Pursuant to the Minutes of Proceedings (#40), the Motion to Withdraw as Counsel of Record (#36) was withdrawn during the sentencing hearing on March 22, 2012.

IT IS HEREBY ORDERED that the Order (#39) granting Defendant Benjamin Labee's counsel's Motion to Withdraw is hereby VACATED.

DATED this 26th day of March, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE